UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11695-DRH-PMF |
| *Jacquelyn Greenhill v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11452-DRH-PMF |
| *Nicole Hart v. Bayer Corporation, et al.* | No. 3:10-cv-11544-DRH-PMF |
| *Karie Wendt v. Bayer Corporation, et al.* | No. 3:10-cv-12800-DRH-PMF |
| *Jessica White Pride v. Bayer Corporation, et al.* | No. 3:09-cv-20154-DRH-PMF |
| *Jessica Winston v. Bayer Corporation, et al.*[1] | No. 3:10-cv-11282-DRH-PMF |
| *Amber Spencer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10711-DRH-PMF |
| *Amy Fitzgerald v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:11-cv-13086-DRH-PMF* |
| *Rebecka Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:10-cv-11770-DRH-PMF* |
| *Karen M. Hobson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:13-cv-10592-DRH-PMF* |
| *Colleen Lanza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:10-cv-11463-DRH-PMF* |
| *Ebun P. Osaze v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:13-cv-10716-DRH-PMF* |

---

[1] Plaintiff n/k/a Jessica Shields.

| | |
|---|---|
| *Jennifer Riesenberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:13-cv-10593-DRH-PMF* |
| *Katherine Ruffin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:12-cv-11165-DRH-PMF* |
| *Gloria L. Slusher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:12-cv-11673-DRH-PMF* |
| *Tameka D. White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:12-cv-11674-DRH-PMF* |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 15, 2015 and July 16, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   */s/Caitlin Fischer*
Digitally signed by **Deputy Clerk**
David R. Herndon
Date: 2015.07.17
16:11:19 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2